**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

BONNIE L. ROSS,

                                   Plaintiff,

v.                                                    6:13-CV-00755
                                                             (NAM/TWD)

CAROLYN W. COLVIN, Acting Commissioner of
Social Security,

                                  Defendant.
_____

APPEARANCES:                                     OF COUNSEL:

BONNIE L. ROSS
*Plaintiff Pro Se*

HON. RICHARD S. HARTUNIAN            ROBERT R. SCHRIVER, ESQ.
United States Attorney for the
Special Assistant United States Attorney
Northern District of New York
Room 218
James T. Foley U.S. Courthouse
Albany, New York 12207
and
OFFICE OF GENERAL COUNSEL              STEPHEN P. CONTE, ESQ.
Social Security Administration Chief Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278
*Counsel for Defendant*

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge

Thérèse Wiley Dancks, duly filed on the 29th day of September 2014. Following fourteen (14)

days from the service thereof, the Clerk has sent me the file, including any and all objections filed

by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The decision of the Commissioner is affirmed, and the plaintiff's complaint is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: October 21, 2014
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge